**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO. **L-23-1108** |
| § | |
| NORA NELY AVILA § | |

### ORDER FOR ISSUANCE OF ARREST WARRANT

Pending before the Court is the Government's Motion for Issuance of Arrest Warrant. It appearing to the Court that a Criminal Indictment has been filed against defendant NORA NELY AVILA, it is hereby ORDERED that a warrant be issued for the arrest of said defendant. It is further ORDERED that the defendant be detained without bond pending a detention hearing.

DEFENDANT:

NORA NELY AVILA,
712 Lyla Court
Laredo, TX 78046

AMOUNT OF BAIL:

__X__ A detention hearing will be scheduled.

____ Released on condition of an
APPEARANCE BOND IN THE AMOUNT OF:
$_____

ENTERED in Houston, Texas, this __7th__ day of __September__, 2023.

_Yvonne Y. Ho_
UNITED STATES MAGISTRATE JUDGE