United States District Court
Southern District of Texas
**ENTERED**
April 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| VS. | § | Case No. 5:23-CR-01108 |
| NORA NELY AVILA, | § | |

## ORDER

On this date came to be considered the Defendant's Motion for Permission to Travel.

The Court finds the motion is hereby DENIED.

SIGNED AND ENTERED on this the 5th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE